# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KEVIN D. MONTGOMERY** | **CIVIL ACTION** |
| **VERSUS** | **NO. 23-1304** |
| **TWENTY-FIRST JUDICIAL DISTRICT** | **SECTION "J"(4)** |

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Kevin D. Montgomery's civil rights complaint be **DISMISSED WITH PREJUDICE** for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).

New Orleans, Louisiana, this 8th day of November, 2024.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE